```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                          CASE NO. 07 B 03287
     QUIWANA D BILLS
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK


            Debtor
     SSN XXX-XX-4943


  -------------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
  -------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 02/26/07 and confirmed on 06/07/07.

     2.  The case was dismissed after confirmation, 01/11/2008.

     3.  The Debtor paid a total of $   1400.00 .

     4.  The Trustee made disbursements to creditors as follows:


  -------------------------------------------------------------------------------
  CREDITOR NAME              CLASS              CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID           PAID
  -------------------------------------------------------------------------------
  HOME LOAN SERVICES INC     CURRENT MORTG            .00              .00             .00
  HOME LOAN SERVICES INC     MORTGAGE ARRE            .00              .00             .00
  CREDIT PROTECTION ASSOCI   UNSECURED          NOT FILED              .00             .00
  COMED                      UNSECURED          NOT FILED              .00             .00
  FIRST PREMIER BANK         UNSECURED          NOT FILED              .00             .00
  PARK DANSAN                UNSECURED          NOT FILED              .00             .00
  JEFFERSON CAPITAL SYSTEM   UNSECURED             901.25              .00             .00
  NICOR GAS                  UNSECURED             832.90              .00             .00
  WORLD FINANCIAL NETWORK    UNSECURED             811.17              .00             .00
  SPIEGEL                    UNSECURED          NOT FILED              .00             .00
  SERVICE CORPORATE CU       UNSECURED          NOT FILED              .00             .00
  SUPERIOR ASSET MGMT        UNSECURED          NOT FILED              .00             .00
  WORLD FINANCIAL NETWORK    UNSECURED             783.37              .00             .00
  PREMIER BANKCARD/CHARTER   UNSECURED             219.68              .00             .00
  PREMIER BANKCARD/CHARTER   UNSECURED             291.29              .00             .00
  PREMIER BANKCARD/CHARTER   UNSECURED             458.27              .00             .00
  PREMIER BANKCARD/CHARTER   UNSECURED             581.51              .00             .00
           Summary of disbursements:
  -------------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED         OTHER          TOTAL
  -------------------------------------------------------------------------------
  TOTAL CLMS ALLOWED     .00          .00     4879.44           .00        4879.44
  PRINCIPAL PAID         .00          .00         .00           .00            .00
  INTEREST PAID          .00          .00         .00           .00            .00
  TOTAL PAID             .00          .00         .00           .00            .00
  The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3000.00
  and was paid $   376.00  direct and $   1363.60  through the plan.

  The Trustee received $      36.40 .

  Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                PAGE   2
            CASE NO. 07 B 03287 QUIWANA D BILLS